# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TMH PARKS, LLC,**

    **Plaintiff,**

v.                                                      Case No. 4:17cv413-MW/CAS

**CEMANCIA GEDORGE,**
**ANTHONY L. ANDERSON,**
**and any unknown occupants,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "this case is **REMANDED** to the Second Judicial Circuit of the State of Florida, in and for Leon County, Florida, because this Court lacks jurisdiction over the state law eviction claim presented in the Complaint." The Clerk shall take all necessary steps to remand the case the

1

Second Judicial Circuit of the State of Florida, in and for Leon County, Florida and close the file.

**SO ORDERED on October 16, 2017.**

**s/Mark E. Walker          **
**United States District Judge**
